IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:13-CV-339-BO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER APPROVING SETTLEMENT AGREEMENT** |
| $239,900.00 IN U. S. CURRENCY, | ) | |
| Defendant. | ) | |

It appearing to the Court that the parties to this action, the United States and Claimant Ling Jun Kong, by and through his counsel of record, Justin K. Strassburg, have agreed to a settlement of this matter as evidenced by a Settlement Agreement filed herein, and that such Settlement Agreement is acceptable to the Court, it is, therefore,

ORDERED that the Settlement Agreement is APPROVED, each party to bear its own attorneys' fees, costs, and expenses. It is further

ORDERED that the defendant currency $239,900.00 be returned to the claimant, Ling Jun Kong, less any debt owed to the United States, any agency of the United States, or any other debt in which the United States is authorized to collect. Payment to be made payable via electronic funds transfer by the United States

-1-

Marshal's Service as to the information provided by Claimant's counsel of record on the executed UFMS Vendor Request Form.

SO ORDERED this __26__ day of __May__, 2013.

_Terrence Boyle_
TERRENCE W. BOYLE
United States District Judge